E-FILED
Friday, 11 March, 2016 12:48:31 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Cassian T. Coleman

)
)

Plaintiff

)
)
)

vs.

)

Case No. _____

Scott Reuter

)
)

*(The case number will be assigned by the clerk)*

)
)
)
)
)
)
)
)
,
)
)
)

Defendant(s)

)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

### COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐    42 U.S.C. §1983 (state, county or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☑    Other federal law: _____

☑    Unknown _____

### I. FEDERAL JURISDICTION

*****Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _Cassian T. Coleman_

Prison Identification Number: _K04991_

Current address: _P.O. Box 499   Graham C.C._
_Hillsboro, IL   62049_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _Scott Rueter_

Current Job Title: _Assit. Public Defender_

Current Work Address _253 E. Wood St   Room #209_
_Decatur, IL   62523_

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☑

C. If your answer to B is yes, how many? _0_ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number _____ N/A _____

2. Basic claim made _____ N/A _____

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?) _____ N/A _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes  ☐   No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

  Yes  ☐   No  ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?   Yes  ☐   No  ☐

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence _____ Decatur, IL _____

Date(s) of the occurrence ___March 22, 2006___ to Present

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On March 22, 2006 I was arrested for drug related Charges and $17,500 U.S currency was seized from my person. I hired Scott Reuter and within four days Charges was drop do to lack of evidence but investergation was still pending, So Mr. Reuter was still retain in Case any more procedures would ocurr. I ask Mr. Reuter about the money that was seized from me, He stated if we seek the money that the State would use it as evidence to re Change me even if it didnt have any thing to do with drugs. So I took Mr. Reuter advices. Several months later the state refiled Charges and I was re-arrest several months later. Due to Mr. Reuter counseloring I was tried By a jurey. During the trial evidence came out that would have favor me to the point I could have recieved lesser time

5

if any time at all if not for Mr. Reuter failer to Investigate. The Jury find me guilty. At the sentencing hearing Mr Reuter ask for 25 years. Five years more than the plea Bangin. At that Time I ask Mr. Reuter about the Money that was seized from me. He stated that he would come see me while I was still in Macon County jail. I have not seen or talk to Mr. Reuter since. I have filed several Motions and appeals to Recover the Money. I have Been unsuccessful due to the ineffectivness of Mr. Reuter. In my criminal case the Appellate court find Mr. Reuter ineffective. I wrote Mr. Reuter a Couple of time to resolve my issues. He has not reply.

RELIEF REQUESTED

(State what relief you want from the court.)

I would like the Court to Grant me all it see fit as well as Compensation, Reimbursement, litigation fees, and punitive damages

JURY DEMAND          Yes ☑          No ☐

Signed this ____4th____ day of ____March____, 20_16_.

_Cassian Coleman_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Cassian T. Coleman | K04991 |
| Address: P.O. Box 499 #K04991 Hillsboro, IL 62049 | Telephone Number: N/A |

8